**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HERBERT BOYNTON,** | |
| **Plaintiff,** | Case No.  26 Civ. 2252 (ARL) |
| -against- | |
| **CABLEVISION LIGHTPATH, LLC,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE**
**FOR TROY L. KESSLER**

PLEASE TAKE NOTICE that, I, Benjamin A. Goldstein, hereby respectfully enter an appearance for the Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
        April 24, 2026

Respectfully submitted,

By: /s/ Benjamin A. Goldstein
        Benjamin A. Goldstein

**KESSLER MATURA P.C.**
Benjamin A. Goldstein
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
bgoldstein@kesslermatura.com

***Attorneys for Plaintiff***