UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Herbert Boynton
               Plaintiff

  v.

Cablevision Lightpath LLC
               Defendant

------------------------------------------------------------X

2:26-cv-02252

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

TO:   Opposing Counsel

Nancy Erika Smith, Esquire and Neil Mullin, Esquire
Smith Mullin, P.C.
240 Claremont Avenue, Montclair, New Jersey 07042

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I _Rachael Luken Carp_ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of _Rubin, Fortunato & Harbison P.C._ and a member in good standing of the bar(s) of the State(s) of _Pennsylvania, New Jersey and New York_, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for

_Cablevision Lightpath, LLC_. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 4/23/26

Respectfully submitted,

Signature of Movant
Firm Name _Rubin, Fortunato & Harbison P.C._
Address _1200 Liberty Ridge Drive, Suite 220_
_Wayne, PA 19087_
Email _rcarp@rubinfortunato.com_
Phone _(610) 408-2010_