IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

HERBERT BOYNTON,                                    :
                                                    : Case No.  2:26-cv-02252
                        *Plaintiff*,                :
                                                    :
            v.                                      :
                                                    : **AFFIDAVIT IN SUPPORT OF**
CABLEVISION LIGHTPATH, LLC,                          : **MOTION TO ADMIT COUNSEL**
                                                    : *PRO HAC VICE*
                        *Defendant.*                :
-------------------------------------------------------------x

I, Rachael Luken Carp, being duly sworn, hereby depose and say as follows:

1.  I am an Attorney and Shareholder with the law firm of Rubin, Fortunato & Harbison P.C.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Pennsylvania, New Jersey and New York.

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.  I have not been convicted of a felony.

6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.  My Attorney Registration Numbers are: Pennsylvania- 201585; New Jersey- 016492002 and New York – 4130035.

8.  Wherefore, your affiant respectfully requests that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-cv-02252 for Defendant Cablevision Lightpath, LLC.

Date: 4/23/26

NOTARIZED

SWORN TO AND SUBSCRIBED
BEFORE ME, this **23** day of **April**

Notary Public for the Commonwealth of Pennsylvania
Printed Name: Jeanine F. Smith
My commission expires: June 19, 2026

Signature of Movant
Firm Name: Rubin, Fortunato & Harbison P.C.
Address: 1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
Email: rcarp@rubinfortunato.com
Phone: 610-408-2010

Commonwealth of Pennsylvania - Notary Seal
Jeanine F. Smith, Notary Public
Chester County
My commission expires June 19, 2026
Commission number 1223716
Member, Pennsylvania Association of Notaries