# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Rachael Luken Carp**

(No. **016492002** ) *was constituted and appointed an Attorney at Law of New Jersey on* **November 27, 2002** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 21st day of April , 2026 .*



*Clerk of the Supreme Court*



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Rachael Luken Carp, Esq.*

#### DATE OF ADMISSION

#### *December 14, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 20, 2026**

Nicole Traini
Chief Clerk



*Appellate Division of the Supreme Court*

*of the State of New York*

*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Rachael Luken Carp

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 21, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 21, 2026.

*Clerk of the Court*

CertID-00285895