IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

HERBERT BOYNTON,                         :
                                         : Case No.:  2:26-cv-02252
                 *Plaintiff*,            :
            v.                           :
                                         : **ORDER TO**
CABLEVISION LIGHTPATH, LLC,              : **ADMIT COUNSEL**
                                         : ***PRO HAC VICE***
                 *Defendant.*            :
---------------------------------------------------------------x

The motion of Rachael Luken Carp pursuant to Local Civil Rule 1.3 for admission to

practice *pro hac vice* in the above captioned action is granted.  Applicant has declared that she

is a member in good standing of the bars of Pennsylvania, New York, and New Jersey; and

that her contact information is as follows:

> Rachael Luken Carp
> **RUBIN FORTUNATO**
> 1200 Liberty Ridge Drive, Suite 220
> Wayne, PA 19087
> Tel.: (610) 408-2010
> rcarp@rubinfortunato.com

Applicant has moved for admission *pro hac vice* to appear for all purposes as counsel

for Defendant Cablevision Lightpath, LLC in the above-entitled action.

**IT IS HEREBY ORDERED** that applicant is admitted to practice and appear *pro hac*

*vice* in the above-captioned case in the United States District Court for the Eastern District of

New York on behalf of Defendant.

All attorneys appearing before this court, including attorneys admitted *pro hac vice*, are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: _____, 2026                  HON. _____