**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERBERT BOYNTON, | |
| Plaintiff, | |
| v. | CASE NO.: 2:26-cv-02252 |
| CABLEVISION LIGHTPATH, LLC., | |
| Defendant. | |

**NOTICE OF APPEARANCE**
**FOR RACHAEL LUKEN CARP**

PLEASE TAKE NOTICE THAT Rachael Luken Carp, having been admitted to this court *pro hac vice*, respectfully enters her appearance on behalf of Defendant in the above-captioned matter and requests that copies of all papers in this action be served upon her at the address stated below.

Dated: April 27, 2026
       Wayne, Pennsylvania

                         Respectfully Submitted,

                         By:    */s/    Rachael Luken Carp*
                               Rachael Luken Carp

                               Rubin, Fortunato & Harbison PC
                               1200 Liberty Ridge Drive, Suite 220
                               Wayne, PA 19087
                               (610) 408-2010
                               RCarp@rubinfortunato.com

                               ***Attorney for Defendant***