**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

HERBERT BOYNTON,

                Plaintiff,

     v.

CABLEVISION LIGHTPATH, LLC.,

                Defendant.

CASE NO.: 2:26-cv-02252

**RULE 7.1(a)(1) CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**CABLEVISION LIGHTPATH, LLC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant, Cablevision Lightpath, LLC ("Lightpath"), makes the following disclosures via its undersigned counsel:

1.  Lightpath is a limited liability company.

2.  Lightpath's parent companies are NHIP III Lantern Holding LLC, Cablevision Lightpath Holdings LLC, and Lightpath Holdco 2, Inc.

3.  Cablevision Lightpath Holdings LLC and NHIP III Lantern Holding LLC own more than 10% of Lightpath's shares.

    a.  Cablevision Lightpath Holdings LLC is a Delaware limited liability company and its principal place of business is in New York.

    b.  NHIP III Lantern Holding LLC is a Delaware limited liability company and its principal place of business is in New York.

**RULE 7.1(a)(2) CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
CABLEVISION LIGHTPATH, LLC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant, Cablevision Lightpath, LLC ("Lightpath"), makes the following disclosures via its undersigned counsel:

4. Lightpath is a Delaware limited liability company and its principal place of business is in New York.  It is a citizen of Delaware and New York.

5. Lightpath's sole member is Lightpath Holdings LLC.  Lightpath Holdings LLC is a Delaware limited liability company with its principal place of business in New York.  It is a citizen of Delaware and New York.

   a. The following entities have ownership in Lightpath Holdings LLC:  Lightpath Holdco 2, Inc. owns 5%; Cablevision Lightpath Holdings LLC owns 45.01%; and NHIP III Lantern Holding LLC owns 49.71%.

      i. Cablevision Lightpath Holdings LLC is a Delaware limited liability company and its principal place of business is in New York.  It is a citizen of Delaware and New York.

      ii. Lightpath Holdco 2, Inc. is a Delaware corporation with a principal place of business in New York.  It is a citizen of Delaware and New York. Lightpath Holdco 2, Inc. is a subsidiary of Lightpath Holdco 1, Inc. which is a Delaware limited company with its principal place of business in New York.

      iii. Cablevision Lightpath Holdings LLC and Lightpath Holdco 2, Inc. are both wholly owned subsidiaries of Lightpath Holdco 1, Inc.  Lightpath Holdco 1, Inc. is a Delaware corporation with its principal place of

2

business in New York.  It is a citizen of Delaware and New York.
Lightpath Holdco 1, Inc. is wholly owned by CSC Holdings LLC.

iv.  CSC Holdings LLC is a Delaware limited liability company with its
principal place of business in New York.  It is a citizen of Delaware and
New York.  CSC Holdings LLC is a wholly owned subsidiary of
Cablevision Systems Corporation.

v.  Cablevision Systems Corporation is a Delaware corporation with its
principal place of business in New York.  It is a citizen of Delaware and
New York.  Cablevision Systems Corporation is a wholly owned
subsidiary of Optimum Communications, Inc.

vi.  Optimum Communications, Inc. is a Delaware corporation with its
principal place of business in New York.

vii.  NHIP III Lantern Holding LLC is a Delaware limited liability company
and its principal place of business is in New York.  It is a citizen of
Delaware and New York.

viii.  NHIP III Lantern Holding LLC has two members:

1.  The first member is NHIP III U.S. Holdings L.P.  NHIP III U.S.
Holdings L.P. is wholly owned by North Haven Infrastructure
Partners III (AIV-B) SCSp.  North Haven Infrastructure Partners
III (AIV-B) SCSp's general partner is Morgan Stanley
Infrastructure III GP L.P.  NHIP III U.S. Holdings L.P. and Morgan
Stanley Infrastructure III GP L.P. are both Delaware limited
partnerships that are citizens of New York.

3

2. The second member is Lantern Co-Investment Aggregator L.P.

Lantern Co-Investment Aggregator L.P's general partner is Morgan Stanley Infrastructure III GP L.P.  Lantern Co-Investment Aggregator L.P. and Morgan Stanley Infrastructure III L.P. are both Delaware limited partnerships that are citizens of New York.

ix. Morgan Stanley Infrastructure III GP L.P.'s general partner is Morgan Stanley Infrastructure III Inc.  Morgan Stanley Infrastructure III Inc. is incorporated in Delaware and its principal place of business is New York.

Dated: April 27, 2026
       New York, NY

Respectfully Submitted,

By:    /s/ Jonathan Uretsky_____

Jonathan Uretsky
PULLP
Attorney for Defendant Cablevision Lightpath LLC
111 Broadway, 8th Floor
New York, New York 10006
(212) 571-1255
uretsky@pullup.com

Michael J. Fortunato, Esquire
Rachael Luken Carp, Esquire
Rutu Patel, Esquire
Rubin Fortunato & Harbison PC
Attorney for Defendant Cablevision Lightpath LLC
Awaiting pro hac vice
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
(610) 408-2000
RCarp@rubinfortunato.com
MFortunato@rubinfortunato.com
Rpatel@rubinfortunato.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Corporate Disclosure Statement*

with the Clerk of the Court by using the CM/EF system. I further hereby certify that I served the

foregoing *Corporate Disclosure Statement* on Plaintiff Herbert Boynton via Electronic Mail as

follows:

Nancy Erika Smith, Esquire
Neil Mullin, Esquire
Smith Mullin, P.C.
240 Claremont Avenue
Montclair, New Jersey 07042
(nsmith@smithmullin.com)
(nmullin@smithmullin.com)


*Attorney for Plaintiff Herbert Boynton*

Dated: April 27, 2026          By: /s/ Jonathan Uretsky_____

Jonathan Uretsky
Attorney for Defendant Cablevision Lightpath LLC
Primary Counsel
111 Broadway, 8th Floor
New York, New York 10006
(212) 571-1255
uretsky@pullup.com

Rachael L. Carp, Esquire
Michael J. Fortunato, Esquire.
Attorney for Defendant Cablevision Lightpath LLC
Awaiting pro hac vice
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
(610) 408-2000
RCarp@rubinfortunato.com
MFortunato@rubinfortunato.com