**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

HERBERT BOYNTON,

               Plaintiff,

    v.

CABLEVISION LIGHTPATH, LLC.,

               Defendant.

CASE NO.: 2:26-cv-02252

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all prior pleadings and filings, Defendant Cablevision Lightpath, LLC will move the Honorable Arlene R. Lindsay, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722 on June 22nd, 2026 at 9:30 a.m., for an Order pursuant Fed. R. Civ. P. 12(b)(6) dismissing Counts II, III and IV of Plaintiff, Herbert Boynton's, Complaint for failure to state a claim upon which relief can be granted, and any other and further relief as the Court deems proper and just.

Dated: April 27, 2026
New York, New York

               Respectfully Submitted,

      By:    /s/ Jonathan Uretsky
             Jonathan C. Uretsky
             PULLP
             Attorney for Defendant Cablevision Lightpath LLC
             111 Broadway, 8th Floor
             New York, New York 10006
             (212) 571-1255
             uretsky@pullup.com

             Michael J. Fortunato, Esquire
             Rachael Luken Carp, Esquire
             Rutu Patel, Esquire

Rubin Fortunato & Harbison PC
Attorney for Defendant Cablevision Lightpath LLC
Awaiting pro hac vice
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
(610) 408-2000
RCarp@rubinfortunato.com
MFortunato@rubinfortunato.com
Rpatel@rubinfortunato.com

2