**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERBERT BOYNTON, | CASE NO.: 2:26-cv-02252 |
| Plaintiff, | |
| v. | |
| CABLEVISION LIGHTPATH, LLC., | |
| Defendant. | |

**ORDER**

    **AND NOW**, this _____ day of _____, 2026, upon consideration of

Defendant's *Motion to Dismiss Counts II, III, and IV of Plaintiff's Complaint*, it is hereby

**ORDERED** that Defendant's *Motion* is **GRANTED**, and that **COUNTS II, III,** and **IV** of

*Plaintiff's Complaint* are **DISMISSED** with prejudice.


                     BY THE COURT:


                     _____

                                            , J