**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

HERBERT BOYNTON,

                Plaintiff,

v.

CABLEVISION LIGHTPATH, LLC.,

                Defendant.

CASE NO.: 2:26-cv-02252

**NOTICE OF APPEARANCE
FOR RACHAEL LUKEN CARP**

PLEASE TAKE NOTICE THAT Rachael Luken Carp, having been admitted to this court *pro hac vice*, respectfully enters her appearance on behalf of Defendant in the above-captioned matter and requests that copies of all papers in this action be served upon her at the address stated below.

Dated: April 27, 2026
      Wayne, Pennsylvania

Respectfully Submitted,

By:      */s/    Rachael Luken Carp*
        Rachael Luken Carp

        Rubin, Fortunato & Harbison PC
        1200 Liberty Ridge Drive, Suite 220
        Wayne, PA 19087
        (610) 408-2010
        RCarp@rubinfortunato.com

        ***Attorney for Defendant***