UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

   Herbert Boynton

      v.

   Cablevision Lightpath, LLC

--------------------------------------------------------------X

2:26-cv-02252
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
       Neil Mullin, Esquire; Nancy Smith, Esquire
       Smith Mullin, P.C.
       240 Claremont Avenue, Montclair, NJ 07042

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I _Rutu Patel_____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of _Rubin, Fortunato & Harbison P.C._____ and a member in good standing of

the bar(s) of the State(s) of _Pennsylvania and New Jersey_____, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

Cablevision Lightpath, LLC
_____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Dated: 4/29/26

Respectfully submitted,

_____
Signature of Movant
Firm Name_Rutu Patel, Esquire_____
Address_Rubin, Fortunato & Harbison P.C._____
1200 Liberty Ridge Boulevard, Ste. 220, Wayne, PA 19087
Email_rpatel@rubinfortunato.com_____
Phone_(610) 408-2049_____