

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Rutu Patel, Esq.*

DATE OF ADMISSION

*January 7, 2025*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 27, 2026**

Darian Holland
Chief Clerk



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**            }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Rutu Patel, Bar# 336743, was duly admitted to practice in this Court on 04/21/2026, and is in good standing as a member of the bar of this Court.

**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on 04/24/2026

BY: _____

**Deputy Clerk**

Rev. 1/20/17

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **RUTU PATEL** (No. **481762024**) was constituted and appointed an Attorney at Law of New Jersey on **October 16, 2024** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 17th day of April, 2026.



Clerk of the Supreme Court