IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

HERBERT BOYNTON,                          :

                                       : Case No.  2:26-cv-02252

                   *Plaintiff*,            :

                   v.                              :

                                         : AFFIDAVIT IN SUPPORT OF

CABLEVISION LIGHTPATH, LLC,      : MOTION TO ADMIT COUNSEL

                                         : *PRO HAC VICE*

                   *Defendant*.            :

--------------------------------------------------------------x

       I, Rutu Patel, being duly sworn, hereby depose and say as follows:

1.  I am an Attorney and an Associate with the law firm of Rubin, Fortunato & Harbison P.C.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Pennsylvania and New Jersey

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.  I have not been convicted of a felony.

6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.  My Attorney Registration Numbers are: Pennsylvania- 336743 and New Jersey- 481762024.

8.  Wherefore, your affiant respectfully requests that she be permitted to appear as counsel and advocate *pro hac vice* in case 2:26-cv-02252 for Defendant Cablevision Lightpath, LLC.

Date: 4/29/26

                                              Signature of Movant

NOTARIZED                                   Firm Name: Rubin, Fortunato & Harbison P.C.

                                              Address: 1200 Liberty Ridge Drive, Suite 220

SWORN TO AND SUBSCRIBED          Wayne, PA 19087

BEFORE ME, this    day of            Email: rpatel@rubinfortunato.com

                                              Phone: 610-408-2049

Notary Public for the Commonwealth of Pennsylvania
Printed Name: CYNTHIA MARIE BOOKER
My commission expires: OCTOBER 9, 2027