IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HERBERT BOYNTON,                                    :
                                                    : Case No.: 2:26-cv-02252
                    *Plaintiff,*                    :
                                                    :
         v.                                         :
                                                    : ORDER TO
CABLEVISION LIGHTPATH, LLC,                          : ADMIT COUNSEL
                                                    : *PRO HAC VICE*
                    *Defendant.*                    :
------------------------------------------------------------------X

The motion of Rutu Patel pursuant to Local Civil Rule 1.3 for admission to practice

*pro hac vice* in the above captioned action is granted.  Applicant has declared that she is a

member in good standing of the bars of Pennsylvania and New Jersey; and that her contact

information is as follows:

Rutu Patel
**RUBIN FORTUNATO**
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
Tel.: (610) 408-2049
rpatel@rubinfortunato.com

Applicant has moved for admission *pro hac vice* to appear for all purposes as counsel

for Defendant Cablevision Lightpath, LLC in the above-entitled action.

**IT IS HEREBY ORDERED** that applicant is admitted to practice and appear *pro hac*

*vice* in the above-captioned case in the United States District Court for the Eastern District of

New York on behalf of Defendant.

All attorneys appearing before this court, including attorneys admitted *pro hac vice*, are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

                                        _____

Dated: _____, 2026                 HON.