**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
HERBERT BOYNTON,                                           : Civil Action No.: 2:26-cv-02252(ARL)
                                                          :
                    Plaintiff,                            :
                                                          :
v.                                                        :
                                                          :
CABLEVISION LIGHTPATH, LLC,                               :
                                                          : **NOTICE OF APPEARANCE**
                    Defendant.                            :
--------------------------------------------------------x

PLEASE TAKE NOTICE that Jesse D. Sengstacke of Smith Mullin, P.C. hereby appears

as co-counsel with Kessler Matura P.C. for Plaintiff, Herbert Boynton, in the above-captioned

proceeding, and requests that notice of all matters arising herein, and all documents and papers in

this case, be served on the undersigned attorney at the address stated below.  The undersigned

certifies that she is admitted to practice in this Court.

Dated: May 4, 2026                              Respectfully submitted,

                                                Jesse D. Sengstacke, Esq.
                                                **SMITH MULLIN, P.C.**
                                                240 Claremont Avenue
                                                Montclair, New Jersey 07042
                                                (973) 783-7607
                                                jsengstacke@smithmullin.com
                                                *Attorneys for Plaintiff*