UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

HERBERT BOYNTON,  :  Civil Action No.: 2:26-cv-02252(ARL)
                                            :
            Plaintiff,                  :
                                            :
v.                                         :
                                            :  **PLAINTIFF'S NOTICE OF MOTION**
CABLEVISION LIGHTPATH, LLC,   :  **FOR THE *PRO HAC VICE***
                                            :  **ADMISSION OF NANCY ERIKA SMITH**
            Defendant.              :

---------------------------------------------------------x

Pursuant to Local Civil Rule 1.3(c), I, Nancy Erika Smith, hereby moves this Court for an

Order for admission to practice *pro hac vice* to appear as counsel for plaintiff, Herbert Boynton,

in the above-captioned action.

I am in good standing of the bar of the State of New Jersey and there are no pending

disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred or denied admission or readmission

by any court. I have attached my Affidavit in accordance with the Rules. The attorneys admitted

to the Eastern District from Kessler Matura shall continue as co-counsel for Plaintiff.

Dated: April 29, 2026

Respectfully submitted,

Nancy Erika Smith
**SMITH MULLIN, P.C.**
240 Claremont Avenue
Montclair, New Jersey 07042
(973) 783-7607
nsmith@smithmullin.com
*Attorneys for Plaintiff*