UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

HERBERT BOYNTON,                              :   Civil Action No.: 2:26-cv-02252(ARL)
                                              :
          Plaintiff,                          :
                                              :
v.                                            :   **AFFIDAVIT OF NANCY ERIKA**
                                              :   **SMITH, ESQ. IN SUPPORT OF**
CABLEVISION LIGHTPATH, LLC,                   :   **MOTION FOR *PRO HAC***
                                              :   ***VICE* ADMISSION**
          Defendant.                          :
---------------------------------------------------------x

STATE OF NEW JERSEY    )
                       ) SS.:
COUNTY OF ESSEX        )

NANCY ERIKA SMITH, being duly sworn, hereby deposes and says:

1.    I am a partner of the law firm of Smith Mullin, P.C., co-counsel with Kessler Matura P.C., attorneys for Plaintiff, Herbert Boynton ("Plaintiff"), in this action. I submit this Affidavit in support of the motion for my admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in this action pursuant to Pursuant to Local Civil Rule 1.3(c). I am a resident of Montclair, New Jersey. My office address is below.

2.    Kessler Matura attorneys Troy Kessler and Benjamin Goldstein are admitted in this District and shall remain as co-counsel for Plaintiff.

3.    As shown in the Certificate of Good Standing attached hereto as **Exhibit A**, I am a member in good standing of the bar of the State of New Jersey since 1980. I am also admitted in the United States District Court for the District of New Jersey (1980), the United States Court of Appeals for the Third Circuit (1985), and the United States Supreme Court (1986).

4.    I have never been convicted of a felony.

1

5.      I have never been held in contempt, censured, suspended, disbarred or denied admission or readmission by any court.

6.      I am familiar with and shall comply with the standards of professional conduct imposed upon members of the Federal Courts, including the rules of court governing the conduct of attorneys and the Local Rules and Practices of the Eastern District of New York. I am familiar with the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the New York Rules of Professional Conduct.

7.      There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to appear for all purposes as counsel for Plaintiffs in this action.

_____
Nancy Erika Smith
**SMITH MULLIN, P.C.**
240 Claremont Avenue
Montclair, New Jersey 07042
(973) 783-7607
nsmith@smithmullin.com
*Attorneys for Plaintiff*

Sworn to and Subscribed
before me this 30th day of April , 2026.

_____
Notary Public

DAWN OPIZZI
A Notary Public of New Jersey
My Commission Expires April 21, 2031

2

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **NANCY E SMITH** (No. **027231980**) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 1980** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 24th day of April, 2026.



_____
Clerk of the Supreme Court