# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

HERBERT BOYNTON,                              :  Civil Action No.: 2:26-cv-02252(ARL)

          Plaintiff,                          :

v.                                            :

CABLEVISION LIGHTPATH, LLC,                   :  **PROPOSED ORDER FOR THE**
                                              :  ***PRO HAC VICE* ADMISSION OF**
          Defendant.                          :  <u>**NANCY ERIKA SMITH, ESQ.**</u>

-------------------------------------------------------x

The motion of Nancy Erika Smith, Esq. ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New Jersey; and that her contact information is as follows:

> Nancy Erika Smith
> **SMITH MULLIN, P.C.**
> 240 Claremont Avenue
> Montclair, New Jersey 07042
> (973) 783-7607
> nsmith@smithmullin.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff, Herbert Boynton, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                             _____
                                             Hon. Arlene R. Lindsay