**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERBERT BOYNTON,<br><br>           Plaintiff,<br><br>    v.<br><br>CABLEVISION LIGHTPATH, LLC.,<br><br>           Defendant. | CASE NO.: 2:26-cv-02252 |

**NOTICE OF APPEARANCE**
**<u>FOR RUTU PATEL</u>**

PLEASE TAKE NOTICE THAT Rutu Patel, having been admitted to this court *pro hac vice*, respectfully enters her appearance on behalf of Defendant in the above-captioned matter and requests that copies of all papers in this action be served upon her at the address stated below.

Dated: May 5, 2026
        Wayne, Pennsylvania

                    Respectfully Submitted,

            By:      */s/ Rutu Patel*
                    Rutu Patel

                    Rubin, Fortunato & Harbison PC
                    1200 Liberty Ridge Drive, Suite 220
                    Wayne, PA 19087
                    (610) 408-2010
                    RPatel@rubinfortunato.com

                    ***Attorney for Defendant***