## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

HERBERT BOYNTON,                    :  Civil Action No.: 2:26-cv-02252(ARL)

                                 :

          Plaintiff,             :

                                 :

v.                                  :

                                 :

CABLEVISION LIGHTPATH, LLC,    :

                                 :  **NOTICE OF APPEARANCE**

          Defendant.         :

---------------------------------------------------------x

PLEASE TAKE NOTICE that Nancy Erika Smith, Esq. of Smith Mullin, P.C. hereby

appears as co-counsel with Kessler Matura P.C. for Plaintiff, Herbert Boynton, in the above-

captioned proceeding, and requests that notice of all matters arising herein, and all documents

and papers in this case, be served on the undersigned attorney at the address stated below. The

undersigned certifies that she is admitted to practice in this Court.

Dated: May 5, 2026                    Respectfully submitted,

 

                                         Nancy Erika Smith, Esq.
                                         **SMITH MULLIN, P.C.**
                                         240 Claremont Avenue
                                         Montclair, New Jersey 07042
                                         (973) 783-7607
                                         nsmith@smithmullin.com
                                         *Attorneys for Plaintiff*