UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Herbert Boynton

v.

Cablevision Lightpath, LLC

-------------------------------------------------------------X

2:26-cv-02252

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
       Neil Mullin, Esquire; Nancy Smith, Esquire
       Smith Mullin, P.C.
       240 Claremont Avenue, Montclair, NJ  07042

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I __Michael J. Fortunato__ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of __Rubin, Fortunato & Harbison P.C.__ and a member in good standing of

the bar(s) of the State(s) of __Pennsylvania and New York__, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

__Cablevision Lightpath, LLC__. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: __April 30, 2026__

_____
Signature of Movant
Firm Name __Michael J. Fortunato, Esquire__
Address __Rubin, Fortunato & Harbison P.C.__
__1200 Liberty Ridge Boulevard, Ste 220, Wayne, PA  19087__
Email __mfortunato@rubinfortunato.com__
Phone __(610) 408-2005__