UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

Herbert Boynton

Plaintiff(s),

v.

Cablevision Lightpath, LLC        Defendant(s).

-----------------------------------------------------------

2:26-cv-02252

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, __Michael J. Fortunato_____, being duly sworn, hereby depose and say as follows:

1.  I am a(n) __CEO and Partner____ with the law firm of __Rubin, Fortunato & Harbison P.C.____.
2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3.  As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of ___Pennsylvania and New York_____.
4.  There are no pending disciplinary proceedings against me in any state or federal court.
5.  I __have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6.  I __have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.  Attorney Registration Number(s) if applicable: __PA: 58917/NY Regis: 4520797__
8.  Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:26-cv-02252 for __Defendant_____ Cablevision Lightpath, LLC___.

Date April 30, 2026_____

_____,

Signature of Movant
Firm Name Rubin, Fortunato & Harbison P.C.___
Address 1200 Liberty Ridge Boulevard_____
Suite 220_____
Wayne, PA  19087_____
Email mfortunato@rubinfortunato.com_____
Phone (610) 408-2005_____

**NOTARIZED**
Commonwealth of Pennsylvania
County of Chester

Sworn to and subscribed
before me on this 30th day of April, 2026.

Notary Public for the Commonwealth of Pennsylvania
Printed Name: Donna M. Chrupcala
My commision expires: October 3, 2027

Commonwealth of Pennsylvania - Notary Seal
Donna M. Chrupcala, Notary Public
Chester County
My commission expires October 3, 2027
Commission number 1026638
Member, Pennsylvania Association of Notaries