IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

HERBERT BOYNTON,                                          :

                                                          :    Case No.  2:26-cv-02252
                              *Plaintiff*,                :
                                                          :
           v.                                             :
                                                          :    ORDER TO
CABLEVISION LIGHTPATH, LLC,                               :    ADMIT COUNSEL
                                                          :    *PRO HAC VICE*
                              *Defendant.*                :

-----------------------------------------------------------------x

        The motion of Michael J. Fortunato pursuant to Local Civil Rule 1.3 for admission to

practice *pro hac vice* in the above captioned action is granted.  Applicant has declared that he

is a member in good standing of the bars of Pennsylvania and New York; and that his contact

information is as follows:

    Michael J. Fortunato, Esquire
    **RUBIN, FORTUNATO & HARBISON P.C.**
    1200 Liberty Ridge Drive, Suite 220
    Wayne, PA 19087
    Tel.: (610) 408-2005
    mfortunato@rubinfortunato.com

        Applicant has moved for admission *pro hac vice* to appear for all purposes as counsel

for Defendant Cablevision Lightpath, LLC in the above-entitled action.

        **IT IS HEREBY ORDERED** that applicant is admitted to practice and appear *pro hac*

*vice* in the above-captioned case in the United States District Court for the Eastern District of

New York on behalf of Defendant.

        All attorneys appearing before this court, including attorneys admitted *pro hac vice*, are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

        SO ORDERED.

                                              _____

Dated: _____, 2026                         HON.