IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HERBERT BOYNTON,

         Plaintiff,

    v.

CABLEVISION LIGHTPATH, LLC.,

         Defendant.

CASE NO.: 2:26-CV-02252

JURY TRIAL DEMANDED

**AMENDED STIPULATION REGARDING MOTION TO DISMISS AND BRIEFING**

Plaintiff Herbert Boynton and Defendant Cablevision Lightpath, LLC (the "Parties"), by their undersigned counsel, hereby stipulate as follows:

The Parties have consulted and agree to the following briefing schedule for motions to dismiss:

1. On or before June 8, 2026, Defendant shall serve Plaintiff with its Motion to Dismiss the First Amended Complaint in whole or in part and its memorandum of law in support thereof.

2. On or before June 29, 2026, Plaintiff shall serve Defendant with his Opposition to the Motion to Dismiss.

3. On or before July 13, 2025, Defendant shall serve Plaintiff with its Reply in Support of its Motion.

4. Only after Defendant's Motion has been fully briefed will Defendant file the complete bundle with the Court.

So agreed and stipulated this 3rd day of June 2026.

Respectfully submitted,

PULLUP

Jonathan C. Uretsky, Esquire
PULLP
Attorney for Defendant
Cablevision Lightpath LLC
111 Broadway, 8th Floor
New York, New York 10006
(212) 571-1255
uretsky@pullup.com

RUBIN, FORTUNATO & HARBSION P.C.

Michael J. Fortunato, Esquire
Rachael Luken Carp, Esquire
Rutu Patel, Esquire
Rubin, Fortunato & Harbison PC
Attorney for Defendant
Cablevision Lightpath LLC
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
(610) 408-2000
RCarp@rubinfortunato.com
MFortunato@rubinfortunato.com
Rpatel@rubinfortunato.com

KESSLER MATURA P.C.

Troy L. Kessler, Esquire
Benjamin Goldstein, Esquire
Attorney for Plaintiff
Herbert Boynton
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
bgoldstein@kesslermatura.com

SMITH MULLIN P.C.

Nancy Erika Smith, Esquire
Jesse Sengstacke, Esquire
Attorney for Plaintiff
Herbert Boynton
240 Claremont Avenue
Montclair, New Jersey 07042
(973) 783-7607
Nsmith@smithmullin.com
Jsengstacke@smithmullin.com

2