**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HERBERT BOYNTON,<br><br>              Plaintiff,<br><br>    v.<br><br>CABLEVISION LIGHTPATH, LLC,<br><br>              Defendant. | Case No.: 2:26-cv-02252-ARL<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Melissa D. Hill, of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Cablevision Lightpath, LLC, in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: melissa.hill@morganlewis.com.

Dated: June 11, 2026                    Respectfully submitted,

                                            */s/ Melissa D. Hill*
                                            Melissa D. Hill
                                            Morgan, Lewis & Bockius LLP
                                            101 Park Avenue
                                            New York, New York 10178
                                            Telephone:    (212) 309-6000
                                            Facsimile:    (212) 309-6001
                                            Melissa.hill@morganlewis.com

                                            *Attorneys for Defendant*