**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HERBERT BOYNTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CABLEVISION LIGHTPATH, LLC,<br><br>　　　　　Defendant. | Case No.: 2:26-cv-02252-ARL<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**PLEASE TAKE NOTICE** that Rebecca Hegazy, of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Cablevision Lightpath, LLC, in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: rebecca.hegazy@morganlewis.com.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Rebecca Hegazy*
Rebecca Hegazy
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone:　　(212) 309-6000
Facsimile:　　(212) 309-6001
Rebecca.hegazy@morganlewis.com

*Attorneys for Defendant*