

June 22, 2026

**Via ECF**

Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

> **Re:** ***Boynton v. Cablevision Lightpath, LLC***
> **Case No.  26 Civ. 2252 (ARL)**

Dear Judge Lindsay:

We are counsel for Plaintiff and write on behalf of the parties. The parties have reached an agreement in principle to resolve this action. The parties therefore request that the Court (1) cancel the Initial Conference scheduled for June 24, 2026, and (2) grant the parties thirty days to file a Stipulation of Dismissal.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Troy L. Kessler
Troy L. Kessler

cc:      All Counsel of Record (via ECF)